## FOSTER v. WILSON et al.

(Circuit Court, D. Vermont. August 22, 1896.)

NATIONAL BANKS—ASSESSMENT ON STOCK—MINORS AS SHAREHOLDERS.

A father purchased stock in a national bank in the name of his minor son. Thereafter the bank failed, and an assessment was made on the stock. After the assessment, but before suit was brought to recover it,

the son became of age, and assented to holding the stock. *Held* that, as the cause of action accrued at the time of the assessment, and the son was incapable of assenting at that time, the father became and remained liable for the amount of the assessment.

This was a suit by Edwin L. Foster against Homer C. Wilson and others to recover an assessment upon the shares of an insolvent national bank.

W. L. Burnap, for plaintiff.

W. P. Stafford, for defendants.

WHEELER, District Judge. This case, as to defendant Henry Chase, has been heard with, and is like, the one preceding (75 Fed. 797), except that the bank is the First National of Deming, N. M., and the minor here became of age, and assented to holding the stock, after the assessment was made, and before suit was brought. The cause of action accrued when the assessment was made, to which the defendant then became, and was, accordingly, liable. The ratification by the minor on becoming of age afterwards would not affect the cause of action that before had fully accrued against the defendant. Decree for plaintiff.